| | |
|---|---|
| 1 | STEPHEN N. HOLLMAN, ESQ., SBN 55219<br>BUSINESS & TECHNOLOGY LAW GROUP |
| 2 | 160 W. Santa Clara Street, Suite 1050<br>San Jose, CA  95113 |
| 3 | Telephone:     (408) 282-1949<br>Facsimile:      (408) 275-9930 |
| 4 | Attorneys for defendants, ELEGANTAUDIOVIDEO.COM; |
| 5 | CRAFTWOOD CUSTOM HOME THEATER;<br>AND MARK HERMAN |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 11 | MCINTOSH LABORATORY, INC., a Delaware corporation; and PARASOUND PRODUCTS, INC., a California corporation, | CASE NO. C 05 00089 MMC |
| 13 | Plaintiffs, | **STIPULATION TO CONTINUE DATE OF HEARING OF CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |
| 15 | vs. | |
| 16 | ELEGANTAUDIOVIDEO.COM; CRAFTWOOD CUSTOM HOME THEATER; and MARK HERMAN, an individual, | [*Electronic digital signatures permitted*] |
| 18 | Defendants. | |
| 19 | ELEGANTAUDIOVIDEO.COM; CRAFTWOOD CUSTOM HOME THEATER; and MARK HERMAN, an individual, | |
| 22 | Counterclaimants, | |
| 23 | vs. | |
| 24 | MCINTOSH LABORATORY, INC., a Delaware corporation; and PARASOUND PRODUCTS, INC., a California corporation, | |
| 27 | Counterdefendants. | |

1    IT IS HEREBY STIPULATED AND AGREED by the parties, acting through their undersigned counsel, that the Case Management Conference calendared by the Court for hearing on August 12, 2005 at 10:30 a.m., pursuant to its Order dated May 6, 2005 and subsequently continued by stipulation of the parties, be continued for hearing until September 29, 2005 at 10:30 a.m. and the date for filing the Joint Case Management Conference Statement or any Separate Case Management Conference Statements is to be extended based upon the continued hearing date.

DATED:   July 7, 2005          BUSINESS & TECHNOLOGY LAW GROUP

By:   /digitally signed/ *Stephen N. Hollman*
Stephen N. Hollman,
Attorneys for defendants and counterclaimants,
ELEGANTAUDIOVIDEO.COM;
CRAFTWOOD CUSTOM HOME THEATER; AND MARK HERMAN

//

APPROVED AND AGREED TO:

DATED:   July 7, 2005          REED SMITH LLP

By:   /digitally signed/ *Jonah D. Mitchell*
Jonah D. Mitchell
Attorneys for plaintiffs
McIntosh Laboratory, Inc. and Parasound Products, Inc.

IT IS SO ORDERED:

Dated: July 7, 2005

**APPROVED**
**Judge Maxine M. Chesney**

Hon. Maxine M. Chesney
United States District Court Judge